## Kennedy v. Stephens Branch Coal Company.

(Decided May 13, 1927.)

### Appeal from Floyd Circuit Court.

F. W. STOWERS for appellant.

A. J. MAY for appellee.

OPINION OF THE COURT BY DRURY, COMMISSIONER.—
Affirming.

We have this day decided adversely to Kennedy, in the case of Kennedy v. Bailey-Ferguson Coal Coal Co., 219 Ky. 819, 293 S. W. —, an appeal involving an injunction similar to the one in this case. By order of this court, this appeal was heard on the record in the Bailey-Ferguson appeal. There is brought here, however, no copy of any of the pleadings in this case, or any of the orders of the court in this case except the bare judgment, and it is affirmed.